UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH

UNITED STATES OF AMERICA

v.

'11 SEP 13 P3:02

INDICTMENT

NO. 5:11CR32

FILED
DISTRICT COURT CLERK
WESTERN DIST. KENTUCKY

18 U.S.C. § 2252A(a)(2)(B)
18 U.S.C. § 2252A(a)(5)(B)
18 U.S.C. § 2252A(b)(1)
18 U.S.C. § 2252A(b)(2)
18 U.S.C. § 2256(8)(A)
18 U.S.C. § 2253

**JAMES TODD HILL**

The Grand Jury charges:

## COUNT 1
(Distribution of Child Pornography)

On or about March 21, 2011, in the Western District of Kentucky, in Marshall County, the defendant, **JAMES TODD HILL**, knowingly distributed child pornography, as that term is defined in 18 U.S.C. §2256(8)(A), that had been mailed, and transported in interstate commerce by any means including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(2)(B) and 2252A(b)(1).

The Grand Jury further charges:

## COUNTS 2-4
(Receipt of Child Pornography)

On or about the dates set forth below, in the Western District of Kentucky, in Marshall County, the defendant, **JAMES TODD HILL**, knowingly received child pornography, as that term

is defined in 18 U.S.C. §2256(8)(A), that had been transported in interstate commerce by any means including by computer.

| COUNT | DATE |
|---|---|
| 2 | June 9, 2009 |
| 3 | June 9, 2009 |
| 4 | December 10, 2010 |

In violation of Title 18, United States Code, Sections 2252A(a)(2)(B) and 2252A(b)(1).

The Grand Jury further charges:

## COUNT 5
(Possession of Child Pornography)

On or about March 30, 2011, in the Western District of Kentucky, in Marshall County, the defendant, **JAMES TODD HILL**, knowingly possessed child pornography, as that term is defined in 18 U.S.C. §2256(8)(A), that had been transported in interstate commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

## NOTICE OF FORFEITURE

The allegations contained in counts 1 through 5 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of Title 18, United States Code, Section 2253.

As a result of committing the offenses in Counts 1 through 5 of this Indictment, the defendant, **JAMES TODD HILL**, shall forfeit to the United States, pursuant to Title 18, United

States Code, Section 2253(a)(3), all of the right, title, and interests in:

1. HP Pavilion P6540f Computer; SN: 4CE0170N9V.

2. Seagate Barracuda Hard Drive; 750 GB SATA; SN: 5QD29Z6W.

3. Compaq Presario 12XL325 Computer; SN: 1VOAFP4DM340.

4. Travelstar Hard Drive; 40 GB IDE; SN: 44RC5127.

5. Seagate Free Agent Desk External Hard Drive; 1.5 TB USB; SN: 2GEXCNNG.

6. Western Digital Caviar External Hard Drive; 500 GB SATA; SN: WCA582943795.

7. Seagate Barracuda External Hard Drive; 160 GB IDE; SN: 4LJ0AEEM9.

8. PNY OPtima SC Card 1 (SD1); 2 GB SD; SN: 0944WF5690F.

9. iPhone 4; A1332; IC: 579C-E2380A.

10. 1 - Floppy Disc.

11. 11 - CDs.

Pursuant to Title 18, United States Code, Section 2253.

A TRUE BILL.

FOREPERSON

DAVID J. HALE
United States Attorney

DJH/DS/11/08/12

UNITED STATES OF AMERICA v. JAMES TODD HILL

## PENALTIES

| | |
|---|---|
| Counts 1-4 | NL 5 yrs./ NM 20 yrs./$250,000/both/NL 5 yrs./NM Life Supervised Release (each count) |
| Count 5: | NM 10 yrs./$250,000/both/NL 5 yrs./NM Life Supervised Release |
| Forfeiture | |

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual | Felony: | $100 per count/individual |
| | $125 per count/other | | $400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**<u>Failure to pay fine as ordered may subject you to the following</u>:**

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

   <u>For offenses occurring after December 12, 1987:</u>

   No **INTEREST** will accrue on fines under $2,500.00.

   **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

   **PENALTIES** of:

   10% of fine balance if payment more than 30 days late.

   15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

   If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

LOUISVILLE:  
Clerk, U.S. District Court  
106 Gene Snyder U.S. Courthouse  
601 West Broadway  
Louisville, KY 40202  
502/625-3500

BOWLING GREEN:  
Clerk, U.S. District Court  
120 Federal Building  
241 East Main Street  
Bowling Green, KY 42101  
270/393-2500

OWENSBORO:  
Clerk, U.S. District Court  
126 Federal Building  
423 Frederica  
Owensboro, KY 42301  
270/689-4400

PADUCAH:  
Clerk, U.S. District Court  
127 Federal Building  
501 Broadway  
Paducah, KY 42001  
270/415-6400

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.

FORM DBD-34
JUN.85

No. 5:11CR32-R

# UNITED STATES DISTRICT COURT
Western District of Kentucky
Paducah Division

THE UNITED STATES OF AMERICA

vs.

JAMES TODD HILL

## INDICTMENT
Title 18, U.S.C. §§ 2252A(a)(2)(B); 2252A(a)(5)(B); 2252A(b)(1); 2252A(b)(2); 2256(8)(A); 2253 Distribution, Receipt and Possession of Child Pornography via Computer; Forfeiture.

*A true bill.*



*Foreman*

*Filed in open court this* 13th day *of* September, A.D. 2011.

*Clerk*

Bail, $



FILED
SEP 13 2011
VANESSA L. ARMSTRONG
BY_____ DEPUTY CLERK